UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGFOOT VENTURES LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK S. KNIGHTON,<br>SHAPETOOLS, LLC, and<br>NEXTENGINE, INC.<br><br>　　　　Defendants. | CASE NO: 2:19-CV-08164-CJC-PLA<br>Hon. Cormac J. Carney<br><br>**ORDER REGARDING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |

　　Pursuant to the Stipulation of the Parties, and good cause being shown, it is ORDERED that:

1. The Final Pretrial Conference is continued from December 6, 2021 at 3:00pm to **May 23, 2022 at 3:00pm**;

2. The Bench Trial is continued from December 14, 2021 at 8:30am to **June 7, 2022 at 8:30am.**

**IT IS SO ORDERED.**

DATED: October 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge