UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 19-08164-CJC (PLAx)            Date: February 1, 2023

Title: <u>BIGFOOT VENTURES LIMITED V. MARK S. KNIGHTON ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Rolls Royce Paschal</u> | <u>   N/A   </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING IN-PERSON STATUS CONFERENCE**

       On September 20, 2019, Plaintiff Bigfoot Ventures Limited brought this case against Defendants Mark S. Knighton, ShapeTools, LLC, and NextEngine, Inc., alleging derivative claims for breach of fiduciary duty, abuse of control, corporate waste, and unjust enrichment. (Dkt. 1.) Trial was scheduled for May 4, 2021. (Dkt. 17.) On March 5, 2021, the parties engaged in an unsuccessful mediation. (Dkt. 27.) On March 15, 2021, Plaintiff withdrew its request for a jury trial, with Defendants' consent. (Dkt. 28.)

       On its own motion, the Court continued the bench trial to December 6, 2021. (Dkt. 33.) On October 27, 2021, the parties filed a stipulation to further continue the bench trial from December 6, 2021, to June 7, 2022. (Dkt. 34.) The Court granted the parties' stipulation. (Dkt. 35.) On May 9, 2022, the Court vacated the June 7 bench trial date and directed the parties to participate in a settlement conference before Magistrate Judge Abrams. (Dkt. 37.) The parties were instructed to contact the Magistrate Judge's CRD by May 12, 2022, to find a mutually convenient time for the settlement conference, and to inform the Court whether the parties would consent to have their trial rescheduled before a Magistrate Judge. (*Id.*) The parties were also instructed to file a settlement conference report within ten days of the settlement conference's conclusion. (*Id.*) On June 6, 2022, the parties filed a joint status report informing the Court that they had not been able to agree to trial before a Magistrate Judge. (Dkt. 39.) On July 19, 2022, the Court issued a minute order acknowledging that the parties had been unable to secure a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 19-08164-CJC (PLAx)            Date: February 1, 2023
                                                                                       Page 2

---

date for mediation before Judge Abrams. (Dkt. 40). The Court ordered the parties to engage in private mediation with a mutually agreed upon mediator by no later than October 17, 2022. (*Id.*)

      The parties have not responded to the Court's order or provided any other update regarding the status of the case. Accordingly, the Court **ORDERS** counsel for both parties to appear at a status conference on **Tuesday, February 21, 2023, at 10:00 a.m.** The status conference will take place **in person** at 411 W. 4th Street, Santa Ana, California 92701-4516, Courtroom 9B.

qr

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk rrp