Peter K. Moroh (SBN 156851)
Email:  pmoroh@msn.com
LAW OFFICES OF PETER K. MOROH
22 West Washington Street
Suite 1500
Chicago, IL 60602
T: (312) 214-3241 / F: (312) 896-5978

Marc G. Reich (SBN 159936)
Email: mgr@reichradcliffe.com
Adam T. Hoover (SBN 243226)
Email: adhoover@reichradcliffe.com
REICH RADCLIFFE & HOOVER LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
T: (949) 975-0512 / F: (949) 203-2839

Co-Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGFOOT VENTURES, LTD.<br><br>Plaintiff,<br><br>v.<br><br>MARK S. KNIGHTON; SHAPETOOLS, LLC,<br><br>Defendants,<br><br>and,<br><br>NEXTENGINE, INC.,<br><br>Nominal Defendant. | CASE NO: 19-cv-08164 (CJC)(PLA)<br><br>**JOINT STATUS REPORT IN CONNECTION WITH THE STATUS CONFERENCE SET FOR FEBRUARY 21, 2023**<br><br><br>Complaint Filed: 9/20/19<br>Pre-trial Conference: Vacated (TBD)<br>Trial Date: Vacated (TBD) |

JOINT STATUS REPORT

# JOINT STATUS REPORT

Pursuant to the Court's Order dated July 19, 2022 (Dkt. 40), the Parties, on October 2, 2022, participated in a mediation before Peter Rosen of JAMS.  No settlement was reached on that day.

1.	Plaintiff does not believe that a settlement will be likely and, therefore, respectfully requests that the lawsuit be placed back on the trial calendar.

2.	Defendants report and request as follows:

The Parties discussed settlement terms and Defendants believe identified a framework with 4 basic elements. Details are confidential, but Defendants believe that the general framework is: 1. Payment Amount, 2. Payment Priority, 3. Collateral Escrow Structure, 4. Stipulation and Mutual Release.

Working with the mediator, Defendants believe that the parties reached common ground on the 4 elements.  Defendants believe that a 5th point was surfaced, which is not yet resolved.

The mediator suggested adjourning the mediation to pursue follow-up discussion directly with Plaintiff.  Defendants have received no follow-up information.

Defendants request 30 days to provide incentives for Plaintiff to settle the remaining point expeditiously, and without trial. Defendants suggest a joint report be

filed in 30 days with a decision regarding the Court's calendar made pursuant to this report.

Respectfully submitted,

Dated:  February 17, 2023  J. KIM, A PROFESSIONAL LAW CORPORATION

By:  /s/ *Johnny Kim*
Johnny Kim, counsel for defendants MARK S. KNIGHTON, and SHAPETOOLS, LLC

Dated:  February 17, 2023  LAW OFFICES OF PETER K. MOROH
REICH RADCLIFFE & HOOVER LLP

By:   /s/ *Marc G. Reich*
Marc G. Reich, co-counsel for plaintiff BIGFOOT VENTURES, LTD.

## **ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory to this Statement, Johnny Kim, concurred in the content of the Statement of and authorized its filing.

/s/ *Marc G. Reich*
Marc G. Reich