UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-08164-CJC (PLAx) | Date | February 21, 2023 |
| Title | Bigfoot Ventures Limited v. Mark S. Knighton et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Marc Reich | Johnny Kim |

**PROCEEDING:     STATUS CONFERENCE**

Status Conference held.

For the reasons stated on the record, the Court grants the parties' request to set a bench trial date to **May 11, 2023, at 8:30 a.m.**

Initials of Deputy Clerk:           -         08
                                            rrp